**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| | § | |
| Donald S. Glaser, | § | |
| | § | |
| Plaintiff, | § | Case No. 4:22-CV-01019 |
| | § | |
| v. | § | Judge Sara Lioi |
| | § | |
| Corrections Officer Austin Smith, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**PLAINTIFF'S MOTION TO FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Now comes Plaintiff Donald S. Glaser ("Mr. Glaser"), by and through Mr. Glaser's

undersigned counsel, and hereby moves this Honorable Court to permit him to file an

Amended Complaint addressing Defendants Smith, Gorby, Carter, Bobby, CoreCivic, Inc., and

CoreCivic of Tennessee, LLC's Motion to Dismiss filed July 14, 2022 (Doc. #5) pursuant to Fed.

R. Civ. P. 15 outside of the 21-day window.  Undersigned counsel contacted opposing counsel,

Timothy Bojanowski, on August 19, 2022, and he indicated he did not oppose this request.  For

these reasons, Plaintiff respectfully requests this Court to allow him to amend his Complaint.

Respectfully submitted,

TOMPKINS, SELPH & ASSOCIATES, LTD.

 /s/ *Sarah M. Schregardus*
Theran J. Selph, Sr.     (0079376)
Sarah M. Schregardus (0080932)
PO Box 341318
Columbus, Ohio 43234-1318
(614) 453-0971/ (866) 519-5298 (facsimile)
tselph@selphlaw.com

sarahs@selphlaw.com

*Counsel for Plaintiff Donald S. Glaser*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing was served via

electronic filing, on August 22, 2022, upon the following:

| | |
|---|---|
| Marcy Vonderwell (0078311) | Timothy J. Bojanowski (0016162 ) |
| D. Chadd McKitrick (0073750) | Struck Love Bojanowski & Acedo, PLC |
| Senior Assistant Attorneys General | 3100 West Ray Road, Suite 300 |
| Criminal Justice Section | Chandler, AZ 85226 |
| Corrections Litigation Unit | Telephone: (480) 420-1600 |
| 30 E. Broad Street, 23rd Floor | Facsimile: (480) 420-1693 |
| Columbus, Ohio 43215 | tbojanowski@strucklove.com |
| (614) 644-8742/FX: (866) 521-9902 | |
| Marcy.Vonderwell@OhioAGO.gov | *Counsel for Defendants Smith, Gorby, Carter,* |
| Daniel.McKitrick@OhioAGOgov | *Bobby, CoreCivic, Inc., and CoreCivic of* |
| | *Tennessee, LLC* |

*Counsel for Defendant, State of Ohio, Ohio
Department of Rehabilitation and Correction*

*/s/ Sarah M. Schregardus*
Sarah M. Schregardus (0080932)

*Counsel for Plaintiff Donald S. Glaser*

###