**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DONALD S. GLASER,<br><br>               Plaintiff,<br><br>    v.<br><br>CORRECTIONS OFFICER AUSTIN SMITH., et al.,<br><br>               Defendants. | Civil Action No. 4:22-cv-01019-SL<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

Defendants Smith, Gorby, Carter, Bobby, CoreCivic, Inc., and CoreCivic of Tennessee, LLC ("Defendants"), through undersigned counsel, hereby move this Court for an order extending the deadline for Defendants to respond to Plaintiff's Amended Complaint for an additional 30 days from the current deadline of September 6, 2022, through and including October 6, 2022, to allow further preparation of Defendants' response to Plaintiff's Amended Complaint.  No previous leaves have been sought.  This Motion is not submitted for the purpose of delay.  Undersigned counsel contacted opposing counsel on August 26, 2022, and counsel indicated she did not oppose this request.

DATED this 1st day of September, 2022.

By:*/s/* Timothy J. Bojanowski
      Timothy J. Bojanowski, Bar No. 0016162
      STRUCK LOVE BOJANOWSKI & ACEDO, PLC
      3100 West Ray Road, Suite 300
      Chandler, AZ  85226
      Telephone:   (480) 420-1600
      Facsimile:    (480) 420-1693

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Theran J. Selph, Sr.
> Sarah M. Schregardus
> TOMPKINS, SELPH & ASSOCIATES, LTD.
> PO Box 341318
> Columbus, Ohio  43234-1318
> *Attorneys for Plaintiff*

*/s/* Timothy J. Bojanowski
Timothy J. Bojanowski

2