**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD S. GLASER, | ) | CASE NO. 4:22-cv-1019 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CORRECTION OFFICER AUSTIN SMITH, | ) | |
| et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This matter comes before the Court upon plaintiff's stipulation of dismissal. (Doc. No. 35.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation and, therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: August 7, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**
**CHIEF JUDGE**